# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2016
Lower Tribunal No. 17-4522
_____

**Jorge R. Hernandez,**
Appellant,

vs.

**Imperia I. Gude, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Celeste Hardee Muir, Judge.

Corona Law Firm, P.A., and Ricardo R. Corona, and Yung Truong, for appellant.

Ivette Valdes, in proper person

Before FERNANDEZ, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.